IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| EDWARD MICHAEL PARKS, | ) |
| Defendant. | ) |

On November 21, 2014, the court held a hearing on defendant's motion to suppress. On December 11, 2014, the court announced its findings of fact and conclusions of law from the bench. As explained in open court and incorporated herein by reference, defendant's motion to suppress [D.E. 38] is GRANTED. Pursuant to the Fourth Amendment, the court suppresses the gun, cocaine, marijuana, digital scales, packaging material, and any other contraband found on defendant or in defendant's car.

SO ORDERED. This 11 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge